## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WILLIAM LEONARD, JR.,** | Case No. 23–cv–21314–ESK–EAP |
| Plaintiff, | |
| v. | |
| **EDWARD BAYUK,** *et al.*, | ORDER AND JUDGMENT |
| Defendants. | |

**THIS MATTER** having come before the Court on July 15, 2025 for a hearing (Hearing) on defendant Edward Bayuk's objection (ECF No. 52) to Judge Elizabeth A. Pascal's report and recommendation (ECF No. 48); and for reason stated on the record at the Hearing,

**IT IS** on this **15th** day of **July 2025 ORDERED** that:

1. Judge Pascal's report and recommendation is adopted in full.

2. Pursuant to Federal Rule of Civil Procedure 55(b)(2), judgment shall be, and is hereby, entered in favor of plaintiff and against defendants, jointly and severally, on all counts and claims asserted in the complaint. (ECF No. 1.)

3. Pursuant to N.J.S.A. 25:2–25(a) and N.J.S.A. 25:2–29(a)(1), the deed dated August 24, 2022 and recorded August 26, 2022 in the Mercer County Clerk's Office in deed book 6498, page 1 ff., whereby Bayuk transferred title and ownership of the residential real property located at 98 Audrey Place, Trenton, New Jersey, 08619 (the "Property") to MAXTMAX, shall be and is hereby VOIDED and set aside.

4. This order and judgment may be recorded in the title records maintained by the Clerk of the County wherein the Property is situated.

5. Pursuant to N.J.S.A. 25:2–29(b) and N.J.S.A. 2A:17–1, Plaintiff is granted leave to levy execution against the Property, under his judgment as registered by the Clerk of the United States Bankruptcy Court for the District of New Jersey, as of October 19, 2023, under the caption *Leonard v. Morabito, et al.,* United States Bankruptcy Court, District of New Jersey, Case No. 23–00107–RG.

  6. Costs of suit in this action are awarded in favor of plaintiff, and against defendants, jointly and severally.

  7. The Clerk of the Court is directed to close this matter.

              */s/ Edward S. Kiel*
              **EDWARD S. KIEL**
              **UNITED STATES DISTRICT JUDGE**